SEALED

1

2                    **UNITED STATES DISTRICT COURT**

3                         **DISTRICT OF NEVADA**

4

Re: Kevin Zimmerman        )
5      ADA Litigation          )
                                )
6      _____     )

7    2:17-cv-00304-GMN-GWF          2:17-cv-00528-GMN-GWF          2:17-cv-00800-GMN-GWF
     2:17-cv-00305-GMN-GWF          2:17-cv-00529-GMN-GWF          2:17-cv-00801-GMN-GWF
     2:17-cv-00306-GMN-GWF          2:17-cv-00531-GMN-GWF          2:17-cv-00809-GMN-GWF
8    2:17-cv-00307-GMN-GWF          2:17-cv-00532-GMN-GWF          2:17-cv-00811-GMN-GWF
     2:17-cv-00308-GMN-GWF          2:17-cv-00533-GMN-GWF          2:17-cv-00812-GMN-GWF
9    2:17-cv-00309-GMN-GWF          2:17-cv-00535-GMN-GWF          2:17-cv-00813-GMN-GWF
     2:17-cv-00310-GMN-GWF          2:17-cv-00536-GMN-GWF          2:17-cv-00814-GMN-GWF
10   2:17-cv-00312-GMN-GWF          2:17-cv-00538-GMN-GWF          2:17-cv-00815-GMN-GWF
     2:17-cv-00313-GMN-GWF          2:17-cv-00539-GMN-GWF          2:17-cv-00816-GMN-GWF
11   2:17-cv-00395-GMN-GWF          2:17-cv-00541-GMN-GWF          2:17-cv-00817-GMN-GWF
     2:17-cv-00396-GMN-GWF          2:17-cv-00551-GMN-GWF          2:17-cv-00823-GMN-GWF
12   2:17-cv-00397-GMN-GWF          2:17-cv-00554-GMN-GWF          2:17-cv-00826-GMN-GWF
     2:17-cv-00398-GMN-GWF          2:17-cv-00555-GMN-GWF          2:17-cv-00827-GMN-GWF
13   2:17-cv-00399-GMN-GWF          2:17-cv-00556-GMN-GWF          2:17-cv-00830-GMN-GWF
     2:17-cv-00400-GMN-GWF          2:17-cv-00557-GMN-GWF          2:17-cv-00833-GMN-GWF
14   2:17-cv-00401-GMN-GWF          2:17-cv-00558-GMN-GWF          2:17-cv-00835-GMN-GWF
     2:17-cv-00402-GMN-GWF          2:17-cv-00559-GMN-GWF          2:17-cv-00836-GMN-GWF
15   2:17-cv-00403-GMN-GWF          2:17-cv-00560-GMN-GWF          2:17-cv-00837-GMN-GWF
     2:17-cv-00404-GMN-GWF          2:17-cv-00561-GMN-GWF          2:17-cv-00838-GMN-GWF
16   2:17-cv-00405-GMN-GWF          2:17-cv-00563-GMN-GWF          2:17-cv-00839-GMN-GWF
     2:17-cv-00407-GMN-GWF          2:17-cv-00565-GMN-GWF          2:17-cv-00840-GMN-GWF
17   2:17-cv-00408-GMN-GWF          2:17-cv-00567-GMN-GWF          2:17-cv-00841-GMN-GWF
     2:17-cv-00409-GMN-GWF          2:17-cv-00568-GMN-GWF
18   2:17-cv-00411-GMN-GWF          2:17-cv-00569-GMN-GWF
     2:17-cv-00415-GMN-GWF          2:17-cv-00571-GMN-GWF
19   2:17-cv-00417-GMN-GWF          2:17-cv-00572-GMN-GWF
     2:17-cv-00418-GMN-GWF          2:17-cv-00584-GMN-GWF
20   2:17-cv-00419-GMN-GWF          2:17-cv-00585-GMN-GWF
     2:17-cv-00423-GMN-GWF          2:17-cv-00586-GMN-GWF
21   2:17-cv-00425-GMN-GWF          2:17-cv-00587-GMN-GWF
     2:17-cv-00426-GMN-GWF          2:17-cv-00588-GMN-GWF
22   2:17-cv-00427-GMN-GWF          2:17-cv-00589-GMN-GWF
     2:17-cv-00428-GMN-GWF          2:17-cv-00590-GMN-GWF
23   2:17-cv-00429-GMN-GWF          2:17-cv-00591-GMN-GWF
     2:17-cv-00430-GMN-GWF          2:17-cv-00592-GMN-GWF
24   2:17-cv-00433-GMN-GWF          2:17-cv-00593-GMN-GWF
     2:17-cv-00435-GMN-GWF          2:17-cv-00594-GMN-GWF
25   2:17-cv-00436-GMN-GWF          2:17-cv-00595-GMN-GWF
     2:17-cv-00437-GMN-GWF          2:17-cv-00596-GMN-GWF
26   2:17-cv-00438-GMN-GWF          2:17-cv-00597-GMN-GWF
     2:17-cv-00518-GMN-GWF          2:17-cv-00598-GMN-GWF
27   2:17-cv-00519-GMN-GWF          2:17-cv-00599-GMN-GWF
     2:17-cv-00520-GMN-GWF          2:17-cv-00600-GMN-GWF
28   2:17-cv-00522-GMN-GWF          2:17-cv-00601-GMN-GWF
     2:17-cv-00523-GMN-GWF          2:17-cv-00602-GMN-GWF
     2:17-cv-00524-GMN-GWF          2:17-cv-00783-GMN-GWF
     2:17-cv-00526-GMN-GWF          2:17-cv-00787-GMN-GWF
     2:17-cv-00527-GMN-GWF          2:17-cv-00791-GMN-GWF

1

**SEALED OMNIBUS ORDER**

2    Plaintiff has filed a certificate of interested parties in each of his above-named lawsuits.  Local

3    Rule 7.1-1 provides that parties "must identify in the disclosure statement all persons, associations of

4    persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary

5    interest in the outcome of the case."  Plaintiff's certificates of interested parties lists only Plaintiff and

6    each individual defendant as persons or corporations that have an interest in the outcome of the case.

7    However, the Court having reviewed the Litigation Funding Agreement that it ordered to be filed under

8    seal, finds that Litigation Management and Financial Services, LLC also has a direct, pecuniary interest in

9    the outcome of these cases and should be disclosed by Plaintiff in his certificates of interested parties.

10   Litigation Management and Financial Services, LLC has a direct, pecuniary interest because it will be

11   reimbursed for the fees spent to bring these cases to Court[1] and Plaintiff's complaints request

12   reimbursement of litigation expenses and costs.  Accordingly,

13       **IT IS HEREBY ORDERED** that Plaintiff shall file a revised certificate of interested parties in

14   each case he has filed no later than **April 12, 2017**.

15       DATED this 29th day of March, 2017.

16

17   _____
     GEORGE FOLEY, JR.

18   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

---

[1] *See* Litigation Funding Agreement, pg. 4, Section 3 entitled "Distribution of Proceeds."

2